**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**ROCKFORD DIVISION**

| | |
|---|---|
| In re: MCCOY, STEPHEN A.<br>    MCCOY, KELLY A.<br><br>Debtor(s) | § Case No. 14-83219<br>§<br>§<br>§ |

# TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on October 23, 2014. The undersigned trustee was appointed on October 24, 2014.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of       $        20,586.59

| | |
|---|---:|
| Funds were disbursed in the following amounts: | |
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 1,975.62 |
| Bank service fees | 461.77 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 2,176.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1]    $ | 15,973.20 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 04/21/2015 and the deadline for filing governmental claims was 04/21/2015. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $2,591.06. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $2,591.06, for a total compensation of $2,591.06.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $31.43, for total expenses of $31.43.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 11/14/2016          By: /s/MEGAN G. HEEG
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 14-83219  
**Case Name:** MCCOY, STEPHEN A.  
MCCOY, KELLY A.  
**Period Ending:** 11/14/16

**Trustee:** (330490) MEGAN G. HEEG  
**Filed (f) or Converted (c):** 10/23/14 (f)  
**§341(a) Meeting Date:** 11/25/14  
**Claims Bar Date:** 04/21/15

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 1 | Acre lot in Johnsburg, IL (on market for $42,500<br>    Orig. Description: Acre lot in Johnsburg, IL (on market for $42,500.00 since 8/14); Imported from original petition Doc# 1 | 34,620.00 | 19,900.00 | OA | 0.00 | FA |
| 2 | Residential property at 321 North lake Road, Lak<br>    Orig. Description: Residential property at 321 North lake Road, Lakemoor, IL 60051($136,860.00) and adjacent lot ($8,440.00).; Imported from original petition Doc# 1 | 145,300.00 | 0.00 | | 0.00 | FA |
| 3 | Cash on hand.<br>    Orig. Description: Cash on hand.; Imported from original petition Doc# 1 | 10.00 | 0.00 | | 0.00 | FA |
| 4 | Checking account with Abbott Labs<br>    Orig. Description: Checking account with Abbott Labs; Imported from original petition Doc# 1 (Amended value of 503.75) | 100.00 | 0.00 | | 0.00 | FA |
| 5 | Checking account with Bank of America<br>    Orig. Description: Checking account with Bank of America; Imported from original petition Doc# 1 | 50.00 | 0.00 | | 0.00 | FA |
| 6 | Checking account with Chase Bank<br>    Orig. Description: Checking account with Chase Bank; Imported from original petition Doc# 1 | 9.00 | 0.00 | | 0.00 | FA |
| 7 | Checking account with Chase Bank<br>    Orig. Description: Checking account with Chase Bank; Imported from original petition Doc# 1 | 5.00 | 0.00 | | 0.00 | FA |
| 8 | Checking account with Lakemoor Bank<br>    Orig. Description: Checking account with Lakemoor Bank; Imported from original petition Doc# 1 | 50.00 | 0.00 | | 0.00 | FA |
| 9 | Checking account with McHenry Savings Bank<br>    Orig. Description: Checking account with McHenry Savings Bank; Imported from original petition Doc# 1 | 80.00 | 0.00 | | 0.00 | FA |
| 10 | Checking with PNC Bank<br>    Orig. Description: Checking with PNC Bank; Imported from original petition Doc# 1 | 35.00 | 0.00 | | 0.00 | FA |

Exhibit A

Page: 2

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 14-83219  
**Case Name:** MCCOY, STEPHEN A.  
MCCOY, KELLY A.  
**Period Ending:** 11/14/16

**Trustee:** (330490) MEGAN G. HEEG  
**Filed (f) or Converted (c):** 10/23/14 (f)  
**§341(a) Meeting Date:** 11/25/14  
**Claims Bar Date:** 04/21/15

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 11 | Miscellaneous<br>   Orig. Description: Miscellaneous; Imported from original petition Doc# 1 | 1,500.00 | 0.00 | | 0.00 | FA |
| 12 | Clothing<br>   Orig. Description: Clothing; Imported from original petition Doc# 1 | 300.00 | 0.00 | | 0.00 | FA |
| 13 | Miscellaneous<br>   Orig. Description: Miscellaneous; Imported from original petition Doc# 1 | 500.00 | 0.00 | | 0.00 | FA |
| 14 | Camera<br>   Orig. Description: Camera; Imported from original petition Doc# 1 | 50.00 | 0.00 | | 0.00 | FA |
| 15 | $400,000.00 Insurance policy with American Famil<br>   Orig. Description: $400,000.00 Insurance policy with American Family (Wife is beneficiary); Imported from original petition Doc# 1 | 23,281.00 | 0.00 | | 0.00 | FA |
| 16 | $475,609.00 Insurance policy with New York Life<br>   Orig. Description: $475,609.00 Insurance policy with New York Life (Daughter Insured-Debtor, Stephen, is Sole Owner; Debtor and spouse are Beneficiaries).; Imported from original petition Doc# 1 | 19,244.55 | 18,410.59 | | 20,586.59 | FA |
| 17 | 401K through work<br>   Orig. Description: 401K through work; Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 18 | 100% Interest/Owner Savanah's Furniture and Matt<br>   Orig. Description: 100% Interest/Owner Savanah's Furniture and Mattresses, Inc. (Corporation intends to file Chapter 7 imminently).; Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 19 | 1996 Ford F350 U-Haul (182,000 miles)<br>   Orig. Description: 1996 Ford F350 U-Haul (182,000 miles); Imported from original petition Doc# 1 | 800.00 | 800.00 | | 0.00 | FA |
| 20 | 2008 Ford F350 (66,000 miles)<br>   Orig. Description: 2008 Ford F350 (66,000 miles); | 3,800.00 | 0.00 | | 0.00 | FA |

Exhibit A

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 3

**Case Number:** 14-83219
**Case Name:** MCCOY, STEPHEN A.
MCCOY, KELLY A.
**Period Ending:** 11/14/16

**Trustee:** (330490) MEGAN G. HEEG
**Filed (f) or Converted (c):** 10/23/14 (f)
**§341(a) Meeting Date:** 11/25/14
**Claims Bar Date:** 04/21/15

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| | Imported from original petition Doc# 1 | | | | | |
| 21 | Laptop/printer (7 years old-doesn't work)<br>Orig. Description: Laptop/printer (7 years old-doesn't work); Imported from original petition Doc# 1 | 50.00 | 0.00 | | 0.00 | FA |
| 22 | Miscellaneous hand tools<br>Orig. Description: Miscellaneous hand tools; Imported from original petition Doc# 1 | 100.00 | 0.00 | | 0.00 | FA |
| 22 | **Assets**   Totals (Excluding unknown values) | **$229,884.55** | **$39,110.59** | | **$20,586.59** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**   March 30, 2016          **Current Projected Date Of Final Report (TFR):**   November 10, 2016  (Actual)

Printed: 11/14/2016 02:30 PM    V.13.28

Exhibit B

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 14-83219  
**Case Name:** MCCOY, STEPHEN A.  
MCCOY, KELLY A.  
**Taxpayer ID #:** **-***2501  
**Period Ending:** 11/14/16  

**Trustee:** MEGAN G. HEEG (330490)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******0966 - Checking Account  
**Blanket Bond:** $1,500,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 01/23/15 | {16} | New York Life Cleveland Customer Service Office | Cash surrender value of New York Life Insurance policy | 1129-000 | 20,586.59 | | 20,586.59 |
| 01/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 20,576.59 |
| 02/20/15 | 101 | Stephen A. McCoy | exemption portion in New York Life insurance policy | 8100-002 | | 2,176.00 | 18,400.59 |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 27.41 | 18,373.18 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 28.18 | 18,345.00 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 26.38 | 18,318.62 |
| 05/29/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 25.46 | 18,293.16 |
| 06/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 28.06 | 18,265.10 |
| 07/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 27.14 | 18,237.96 |
| 08/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 25.35 | 18,212.61 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 27.94 | 18,184.67 |
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 26.15 | 18,158.52 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 25.24 | 18,133.28 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 28.69 | 18,104.59 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 25.10 | 18,079.49 |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 25.06 | 18,054.43 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 28.48 | 18,025.95 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 24.99 | 18,000.96 |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 24.96 | 17,976.00 |
| 06/10/16 | 102 | United States Treasury | Taxes for period ending Sept 30, 2015 | 2810-000 | | 828.00 | 17,148.00 |
| 06/10/16 | 103 | Illinois Department of Revenue | State income taxes for September 2015 tax return | 2820-000 | | 814.00 | 16,334.00 |
| 06/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 27.18 | 16,306.82 |
| 08/01/16 | 104 | State of Illinois | late payment penalty and interest | 2820-000 | | 90.41 | 16,216.41 |
| 09/26/16 | 105 | Department of Treasury | IRS late payment penalty and interest | 2820-000 | | 243.21 | 15,973.20 |
| | | | **ACCOUNT TOTALS** | | 20,586.59 | 4,613.39 | $15,973.20 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 20,586.59 | 4,613.39 | |
| | | | Less: Payments to Debtors | | | 2,176.00 | |
| | | | **NET Receipts / Disbursements** | | **$20,586.59** | **$2,437.39** | |

{} Asset reference(s)

Printed: 11/14/2016 02:30 PM    V.13.28

Exhibit B

# Form 2
## Cash Receipts And Disbursements Record

Page: 2

| | |  | | |
|---|---|---|---|---|
| **Case Number:** | 14-83219 | **Trustee:** | MEGAN G. HEEG (330490) | |
| **Case Name:** | MCCOY, STEPHEN A. | **Bank Name:** | Rabobank, N.A. | |
| | MCCOY, KELLY A. | **Account:** | ******0966 - Checking Account | |
| **Taxpayer ID #:** | **-***2501 | **Blanket Bond:** | $1,500,000.00   (per case limit) | |
| **Period Ending:** | 11/14/16 | **Separate Bond:** | N/A | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |

| | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **Checking # ******0966** | 20,586.59 | 2,437.39 | 15,973.20 |
| | $20,586.59 | $2,437.39 | $15,973.20 |

# Exhibit C CLAIMS PROPOSED DISTRIBUTION

## Case:  14-83219    MCCOY, STEPHEN A.

**Case Balance:** $15,973.20    **Total Proposed Payment:** $15,973.20    **Remaining Balance:** $0.00

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| 4 | Ford Motor Credit Company LLC | Secured | 18,188.63 | 0.00 | 0.00 | 0.00 | 0.00 | 15,973.20 |
| 6 | American Honda Finance Corporation | Secured | 31,741.26 | 0.00 | 0.00 | 0.00 | 0.00 | 15,973.20 |
| 7 | State Bank | Secured | 7,595.73 | 0.00 | 0.00 | 0.00 | 0.00 | 15,973.20 |
| 14 | Helcorp Group | Secured | 46,070.12 | 0.00 | 0.00 | 0.00 | 0.00 | 15,973.20 |
| NOTFILED | Chase Home Finance | Secured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 15,973.20 |
|  | Ehrmann Gehlbach Badger Lee & Considine, LLC <br> <3120-00   Attorney for Trustee Expenses (Trustee Firm)> | Admin Ch. 7 | 343.34 | 343.34 | 0.00 | 343.34 | 343.34 | 15,629.86 |
|  | Ehrmann Gehlbach Badger Lee & Considine, LLC <br> <3110-00   Attorney for Trustee Fees (Trustee Firm)> | Admin Ch. 7 | 2,175.00 | 2,175.00 | 0.00 | 2,175.00 | 2,175.00 | 13,454.86 |
|  | Justin Van Zuiden, CPA <br> <3410-00   Accountant for Trustee Fees (Other Firm)> | Admin Ch. 7 | 660.00 | 660.00 | 0.00 | 660.00 | 660.00 | 12,794.86 |
|  | MEGAN G. HEEG <br> <2200-00   Trustee Expenses> | Admin Ch. 7 | 31.43 | 31.43 | 0.00 | 31.43 | 31.43 | 12,763.43 |
|  | MEGAN G. HEEG <br> <2100-00   Trustee Compensation> | Admin Ch. 7 | 2,591.06 | 2,591.06 | 0.00 | 2,591.06 | 2,591.06 | 10,172.37 |
| 1 | Discover Bank | Unsecured | 2,334.60 * | 0.00 | 0.00 | 0.00 | 0.00 | 10,172.37 |
| 2 | Discover Bank | Unsecured | 14,537.28 | 14,537.28 | 0.00 | 14,537.28 | 955.31 | 9,217.06 |
| 3 | Discover Bank | Unsecured | 6,152.22 | 6,152.22 | 0.00 | 6,152.22 | 404.29 | 8,812.77 |
| 5 | Bank of America, N.A. | Unsecured | 23,110.43 | 23,110.43 | 0.00 | 23,110.43 | 1,518.68 | 7,294.09 |
| 8 | Capital One, N.A. | Unsecured | 404.76 | 404.76 | 0.00 | 404.76 | 26.60 | 7,267.49 |
| 9 | Quantum3 Group LLC as agent for | Unsecured | 289.16 * | 0.00 | 0.00 | 0.00 | 0.00 | 7,267.49 |
| 10 | Capital One Bank (USA), N.A. | Unsecured | 868.14 * | 0.00 | 0.00 | 0.00 | 0.00 | 7,267.49 |
| 11 | Quantum3 Group LLC as agent for | Unsecured | 757.39 * | 0.00 | 0.00 | 0.00 | 0.00 | 7,267.49 |
| 12 | Quantum3 Group LLC as agent for | Unsecured | 299.47 * | 0.00 | 0.00 | 0.00 | 0.00 | 7,267.49 |
| 13 | Quantum3 Group LLC as agent for | Unsecured | 217.59 * | 0.00 | 0.00 | 0.00 | 0.00 | 7,267.49 |
| 15 | American InfoSource LP as agent for | Unsecured | 1,139.50 | 1,139.50 | 0.00 | 1,139.50 | 74.88 | 7,192.61 |
| 16 | Ashley Funding Services, LLC its successors and | Unsecured | 14.41 * | 0.00 | 0.00 | 0.00 | 0.00 | 7,192.61 |

(*) Denotes objection to Amount Filed

## Exhibit C CLAIMS PROPOSED DISTRIBUTION

### Case: 14-83219   MCCOY, STEPHEN A.

**Case Balance:** $15,973.20   **Total Proposed Payment:** $15,973.20   **Remaining Balance:** $0.00

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| 17 | PNC BANK, N.A. | Unsecured | 19,760.56 | 19,760.56 | 0.00 | 19,760.56 | 1,298.55 | 5,894.06 |
| 18 | Bank of America, N.A. | Unsecured | 32,293.54 | 32,293.54 | 0.00 | 32,293.54 | 2,122.14 | 3,771.92 |
| 19 | American Express Bank, FSB | Unsecured | 3,013.70 | 3,013.70 | 0.00 | 3,013.70 | 198.04 | 3,573.88 |
| 20 | PYOD, LLC its successors and assigns as assignee | Unsecured | 1,056.26* | 0.00 | 0.00 | 0.00 | 0.00 | 3,573.88 |
| 21 | PYOD, LLC its successors and assigns as assignee | Unsecured | 28,847.14 | 28,847.14 | 0.00 | 28,847.14 | 1,895.66 | 1,678.22 |
| 22 | Synchrony Bank | Unsecured | 543.07* | 0.00 | 0.00 | 0.00 | 0.00 | 1,678.22 |
| 23 | Synchrony Bank | Unsecured | 5,633.60 | 5,633.60 | 0.00 | 5,633.60 | 370.21 | 1,308.01 |
| 24 | Synchrony Bank | Unsecured | 1,259.14* | 0.00 | 0.00 | 0.00 | 0.00 | 1,308.01 |
| 25 | Synchrony Bank | Unsecured | 1,375.14* | 0.00 | 0.00 | 0.00 | 0.00 | 1,308.01 |
| 26 | Synchrony Bank | Unsecured | 1,158.62* | 0.00 | 0.00 | 0.00 | 0.00 | 1,308.01 |
| 27 | American Express Centurion Bank | Unsecured | 19,904.49 | 19,904.49 | 0.00 | 19,904.49 | 1,308.01 | 0.00 |
| NOTFILED | Best Craft Furniture Inc. | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | First Data Merchant Services | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | PNC Bank | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | PNC Bank | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Transfirst LLC C/O Legal Department | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | **Total for Case 14-83219 :** | | **$274,366.78** | **$160,598.05** | **$0.00** | **$160,598.05** | **$15,973.20** | |

### CASE SUMMARY

| | Amount Filed | Amount Allowed | Paid to Date | Proposed Payment | % paid |
|---|---|---|---|---|---|
| **Total Administrative Claims :** | $5,800.83 | $5,800.83 | $0.00 | $5,800.83 | 100.000000% |
| **Total Secured Claims :** | $103,595.74 | $0.00 | $0.00 | $0.00 | 0.000000% |
| **Total Unsecured Claims :** | $164,970.21 | $154,797.22 | $0.00 | $10,172.37 | 6.571416% |

(*) Denotes objection to Amount Filed

**TRUSTEE'S PROPOSED DISTRIBUTION**  Exhibit D

Case No.: 14-83219
Case Name: MCCOY, STEPHEN A.
Trustee Name: MEGAN G. HEEG

**Balance on hand:** $ 15,973.20

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 4 | Ford Motor Credit Company LLC | 18,188.63 | 0.00 | 0.00 | 0.00 |
| 6 | American Honda Finance Corporation | 31,741.26 | 0.00 | 0.00 | 0.00 |
| 7 | State Bank | 7,595.73 | 0.00 | 0.00 | 0.00 |
| 14 | Helcorp Group | 46,070.12 | 0.00 | 0.00 | 0.00 |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 15,973.20

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - MEGAN G. HEEG | 2,591.06 | 0.00 | 2,591.06 |
| Trustee, Expenses - MEGAN G. HEEG | 31.43 | 0.00 | 31.43 |
| Attorney for Trustee, Fees - Ehrmann Gehlbach Badger Lee & Considine, LLC | 2,175.00 | 0.00 | 2,175.00 |
| Attorney for Trustee, Expenses - Ehrmann Gehlbach Badger Lee & Considine, LLC | 343.34 | 0.00 | 343.34 |
| Accountant for Trustee, Fees - Justin Van Zuiden, CPA | 660.00 | 0.00 | 660.00 |

Total to be paid for chapter 7 administration expenses: $ 5,800.83
Remaining balance: $ 10,172.37

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 10,172.37

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|  |  |  |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 10,172.37 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 154,797.22 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 6.6 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | 0.00 | 0.00 | 0.00 |
| 2 | Discover Bank | 14,537.28 | 0.00 | 955.31 |
| 3 | Discover Bank | 6,152.22 | 0.00 | 404.29 |
| 5 | Bank of America, N.A. | 23,110.43 | 0.00 | 1,518.68 |
| 8 | Capital One, N.A. | 404.76 | 0.00 | 26.60 |
| 9 | Quantum3 Group LLC as agent for | 0.00 | 0.00 | 0.00 |
| 10 | Capital One Bank (USA), N.A. | 0.00 | 0.00 | 0.00 |
| 11 | Quantum3 Group LLC as agent for | 0.00 | 0.00 | 0.00 |
| 12 | Quantum3 Group LLC as agent for | 0.00 | 0.00 | 0.00 |
| 13 | Quantum3 Group LLC as agent for | 0.00 | 0.00 | 0.00 |
| 15 | American InfoSource LP as agent for | 1,139.50 | 0.00 | 74.88 |
| 16 | Ashley Funding Services, LLC its successors and | 0.00 | 0.00 | 0.00 |
| 17 | PNC BANK, N.A. | 19,760.56 | 0.00 | 1,298.55 |
| 18 | Bank of America, N.A. | 32,293.54 | 0.00 | 2,122.14 |
| 19 | American Express Bank, FSB | 3,013.70 | 0.00 | 198.04 |

**UST Form 101-7-TFR (05/1/2011)**

| | | | | |
|---|---|---:|---:|---:|
| 20 | PYOD, LLC its successors and assigns as assignee | 0.00 | 0.00 | 0.00 |
| 21 | PYOD, LLC its successors and assigns as assignee | 28,847.14 | 0.00 | 1,895.66 |
| 22 | Synchrony Bank | 0.00 | 0.00 | 0.00 |
| 23 | Synchrony Bank | 5,633.60 | 0.00 | 370.21 |
| 24 | Synchrony Bank | 0.00 | 0.00 | 0.00 |
| 25 | Synchrony Bank | 0.00 | 0.00 | 0.00 |
| 26 | Synchrony Bank | 0.00 | 0.00 | 0.00 |
| 27 | American Express Centurion Bank | 19,904.49 | 0.00 | 1,308.01 |

Total to be paid for timely general unsecured claims: $ 10,172.37
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**

**UST Form 101-7-TFR (05/1/2011)**