## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## ROCKFORD DIVISION

| | | |
|---|---|---|
| In re: MCCOY, STEPHEN A. | § | Case No. 14-83219 |
| MCCOY, KELLY A. | § | |
| | § | |
| Debtor(s) | § | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

    MEGAN G. HEEG, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $210,640.00                    Assets Exempt: $47,096.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $10,172.37      Claims Discharged
                                                 Without Payment: $152,046.05

Total Expenses of Administration: $8,238.22

---

    3) Total gross receipts of $ 20,586.59 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 2,176.00 (see **Exhibit 2**), yielded net receipts of $18,410.59 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $150,480.00 | $103,595.74 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 8,238.22 | 8,238.22 | 8,238.22 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 26,863.13 | 164,970.21 | 154,797.22 | 10,172.37 |
| **TOTAL DISBURSEMENTS** | $177,343.13 | $276,804.17 | $163,035.44 | $18,410.59 |

4) This case was originally filed under Chapter 7 on October 23, 2014. The case was pending for 28 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/16/2017          By: /s/MEGAN G. HEEG
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| $475,609.00 Insurance policy with New York Life | 1129-000 | 20,586.59 |
| **TOTAL GROSS RECEIPTS** | | **$20,586.59** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Stephen A. McCoy | exemption portion in New York Life insurance policy | 8100-002 | 2,176.00 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$2,176.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 4 | Ford Motor Credit Company LLC | 4210-000 | N/A | 18,188.63 | 0.00 | 0.00 |
| 6 | American Honda Finance Corporation | 4210-000 | N/A | 31,741.26 | 0.00 | 0.00 |
| 7 | State Bank | 4110-000 | 7,480.00 | 7,595.73 | 0.00 | 0.00 |
| 14 | Helcorp Group | 4110-000 | N/A | 46,070.12 | 0.00 | 0.00 |
| NOTFILED | Chase Home Finance | 4110-000 | 143,000.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$150,480.00** | **$103,595.74** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MEGAN G. HEEG | 2100-000 | N/A | 2,591.06 | 2,591.06 | 2,591.06 |
| MEGAN G. HEEG | 2200-000 | N/A | 31.43 | 31.43 | 31.43 |
| Ehrmann Gehlbach Badger Lee & Considine, LLC | 3110-000 | N/A | 2,175.00 | 2,175.00 | 2,175.00 |
| Ehrmann Gehlbach Badger Lee & Considine, LLC | 3120-000 | N/A | 343.34 | 343.34 | 343.34 |
| Justin Van Zuiden, CPA | 3410-000 | N/A | 660.00 | 660.00 | 660.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 27.41 | 27.41 | 27.41 |
| Rabobank, N.A. | 2600-000 | N/A | 28.18 | 28.18 | 28.18 |
| Rabobank, N.A. | 2600-000 | N/A | 26.38 | 26.38 | 26.38 |
| Rabobank, N.A. | 2600-000 | N/A | 25.46 | 25.46 | 25.46 |
| Rabobank, N.A. | 2600-000 | N/A | 28.06 | 28.06 | 28.06 |
| Rabobank, N.A. | 2600-000 | N/A | 27.14 | 27.14 | 27.14 |
| Rabobank, N.A. | 2600-000 | N/A | 25.35 | 25.35 | 25.35 |
| Rabobank, N.A. | 2600-000 | N/A | 27.94 | 27.94 | 27.94 |
| Rabobank, N.A. | 2600-000 | N/A | 26.15 | 26.15 | 26.15 |
| Rabobank, N.A. | 2600-000 | N/A | 25.24 | 25.24 | 25.24 |
| Rabobank, N.A. | 2600-000 | N/A | 28.69 | 28.69 | 28.69 |
| Rabobank, N.A. | 2600-000 | N/A | 25.10 | 25.10 | 25.10 |
| Rabobank, N.A. | 2600-000 | N/A | 25.06 | 25.06 | 25.06 |
| Rabobank, N.A. | 2600-000 | N/A | 28.48 | 28.48 | 28.48 |
| Rabobank, N.A. | 2600-000 | N/A | 24.99 | 24.99 | 24.99 |
| Rabobank, N.A. | 2600-000 | N/A | 24.96 | 24.96 | 24.96 |
| United States Treasury | 2810-000 | N/A | 828.00 | 828.00 | 828.00 |
| Illinois Department of Revenue | 2820-000 | N/A | 814.00 | 814.00 | 814.00 |
| Rabobank, N.A. | 2600-000 | N/A | 27.18 | 27.18 | 27.18 |
| State of Illinois | 2820-000 | N/A | 90.41 | 90.41 | 90.41 |
| Department of Treasury | 2820-000 | N/A | 243.21 | 243.21 | 243.21 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | **$8,238.22** | **$8,238.22** | **$8,238.22** |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 5 − PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | N/A | | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 − PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 − GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-000 | N/A | 2,334.60 | 0.00 | 0.00 |
| 2 | Discover Bank | 7100-000 | N/A | 14,537.28 | 14,537.28 | 955.31 |
| 3 | Discover Bank | 7100-000 | N/A | 6,152.22 | 6,152.22 | 404.29 |
| 5 | Bank of America, N.A. | 7100-000 | N/A | 23,110.43 | 23,110.43 | 1,518.68 |
| 8 | Capital One, N.A. | 7100-000 | N/A | 404.76 | 404.76 | 26.60 |
| 9 | Quantum3 Group LLC as agent for | 7100-000 | N/A | 289.16 | 0.00 | 0.00 |
| 10 | Capital One Bank (USA), N.A. | 7100-000 | N/A | 868.14 | 0.00 | 0.00 |
| 11 | Quantum3 Group LLC as agent for | 7100-000 | N/A | 757.39 | 0.00 | 0.00 |
| 12 | Quantum3 Group LLC as agent for | 7100-000 | N/A | 299.47 | 0.00 | 0.00 |
| 13 | Quantum3 Group LLC as agent for | 7100-000 | N/A | 217.59 | 0.00 | 0.00 |
| 15 | American InfoSource LP as agent for | 7100-000 | N/A | 1,139.50 | 1,139.50 | 74.88 |
| 16 | Ashley Funding Services, LLC its successors and | 7100-000 | N/A | 14.41 | 0.00 | 0.00 |
| 17 | PNC BANK, N.A. | 7100-000 | 19,441.93 | 19,760.56 | 19,760.56 | 1,298.55 |
| 18 | Bank of America, N.A. | 7100-000 | N/A | 32,293.54 | 32,293.54 | 2,122.14 |
| 19 | American Express Bank, FSB | 7100-000 | N/A | 3,013.70 | 3,013.70 | 198.04 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 20 | PYOD, LLC its successors and assigns as assignee | 7100-000 | N/A | 1,056.26 | 0.00 | 0.00 |
| 21 | PYOD, LLC its successors and assigns as assignee | 7100-000 | N/A | 28,847.14 | 28,847.14 | 1,895.66 |
| 22 | Synchrony Bank | 7100-000 | N/A | 543.07 | 0.00 | 0.00 |
| 23 | Synchrony Bank | 7100-000 | N/A | 5,633.60 | 5,633.60 | 370.21 |
| 24 | Synchrony Bank | 7100-000 | N/A | 1,259.14 | 0.00 | 0.00 |
| 25 | Synchrony Bank | 7100-000 | N/A | 1,375.14 | 0.00 | 0.00 |
| 26 | Synchrony Bank | 7100-000 | N/A | 1,158.62 | 0.00 | 0.00 |
| 27 | American Express Centurion Bank | 7100-000 | N/A | 19,904.49 | 19,904.49 | 1,308.01 |
| NOTFILED | PNC Bank | 7100-000 | 400.00 | N/A | N/A | 0.00 |
| NOTFILED | PNC Bank | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Best Craft Furniture Inc. | 7100-000 | 3,476.00 | N/A | N/A | 0.00 |
| NOTFILED | First Data Merchant Services | 7100-000 | 3,545.20 | N/A | N/A | 0.00 |
| NOTFILED | Transfirst LLC C/O Legal Department | 7100-000 | unknown | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$26,863.13** | **$164,970.21** | **$154,797.22** | **$10,172.37** |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 14-83219
**Case Name:** MCCOY, STEPHEN A.
MCCOY, KELLY A.
**Period Ending:** 02/16/17

**Trustee:** (330490) MEGAN G. HEEG
**Filed (f) or Converted (c):** 10/23/14 (f)
**§341(a) Meeting Date:** 11/25/14
**Claims Bar Date:** 04/21/15

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1  Acre lot in Johnsburg, IL (on market for $42,500) Orig. Description: Acre lot in Johnsburg, IL (on market for $42,500.00 since 8/14); Imported from original petition Doc# 1 | 34,620.00 | 19,900.00 | OA | 0.00 | FA |
| 2  Residential property at 321 North lake Road, Lak Orig. Description: Residential property at 321 North lake Road, Lakemoor, IL 60051($136,860.00) and adjacent lot ($8,440.00).; Imported from original petition Doc# 1 | 145,300.00 | 0.00 | | 0.00 | FA |
| 3  Cash on hand. Orig. Description: Cash on hand.; Imported from original petition Doc# 1 | 10.00 | 0.00 | | 0.00 | FA |
| 4  Checking account with Abbott Labs Orig. Description: Checking account with Abbott Labs; Imported from original petition Doc# 1 (Amended value of 503.75) | 100.00 | 0.00 | | 0.00 | FA |
| 5  Checking account with Bank of America Orig. Description: Checking account with Bank of America; Imported from original petition Doc# 1 | 50.00 | 0.00 | | 0.00 | FA |
| 6  Checking account with Chase Bank Orig. Description: Checking account with Chase Bank; Imported from original petition Doc# 1 | 9.00 | 0.00 | | 0.00 | FA |
| 7  Checking account with Chase Bank Orig. Description: Checking account with Chase Bank; Imported from original petition Doc# 1 | 5.00 | 0.00 | | 0.00 | FA |
| 8  Checking account with Lakemoor Bank Orig. Description: Checking account with Lakemoor Bank; Imported from original petition Doc# 1 | 50.00 | 0.00 | | 0.00 | FA |
| 9  Checking account with McHenry Savings Bank Orig. Description: Checking account with McHenry Savings Bank; Imported from original petition Doc# 1 | 80.00 | 0.00 | | 0.00 | FA |
| 10  Checking with PNC Bank Orig. Description: Checking with PNC Bank; Imported from original petition Doc# 1 | 35.00 | 0.00 | | 0.00 | FA |

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

| | | |
|---|---|---|
| **Case Number:** 14-83219 | **Trustee:** (330490) MEGAN G. HEEG | |
| **Case Name:** MCCOY, STEPHEN A. | **Filed (f) or Converted (c):** 10/23/14 (f) | |
| MCCOY, KELLY A. | **§341(a) Meeting Date:** 11/25/14 | |
| **Period Ending:** 02/16/17 | **Claims Bar Date:** 04/21/15 | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 11  Miscellaneous<br>      Orig. Description: Miscellaneous; Imported from original petition Doc# 1 | 1,500.00 | 0.00 | | 0.00 | FA |
| 12  Clothing<br>      Orig. Description: Clothing; Imported from original petition Doc# 1 | 300.00 | 0.00 | | 0.00 | FA |
| 13  Miscellaneous<br>      Orig. Description: Miscellaneous; Imported from original petition Doc# 1 | 500.00 | 0.00 | | 0.00 | FA |
| 14  Camera<br>      Orig. Description: Camera; Imported from original petition Doc# 1 | 50.00 | 0.00 | | 0.00 | FA |
| 15  $400,000.00 Insurance policy with American Famil<br>      Orig. Description: $400,000.00 Insurance policy with American Family (Wife is beneficiary); Imported from original petition Doc# 1 | 23,281.00 | 0.00 | | 0.00 | FA |
| 16  $475,609.00 Insurance policy with New York Life<br>      Orig. Description: $475,609.00 Insurance policy with New York Life (Daughter Insured-Debtor, Stephen, is Sole Owner; Debtor and spouse are Beneficiaries).; Imported from original petition Doc# 1 | 19,244.55 | 18,410.59 | | 20,586.59 | FA |
| 17  401K through work<br>      Orig. Description: 401K through work; Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 18  100% Interest/Owner Savanah's Furniture and Matt<br>      Orig. Description: 100% Interest/Owner Savanah's Furniture and Mattresses, Inc. (Corporation intends to file Chapter 7 imminently).; Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 19  1996 Ford F350 U-Haul (182,000 miles)<br>      Orig. Description: 1996 Ford F350 U-Haul (182,000 miles); Imported from original petition Doc# 1 | 800.00 | 800.00 | | 0.00 | FA |
| 20  2008 Ford F350 (66,000 miles)<br>      Orig. Description: 2008 Ford F350 (66,000 miles); | 3,800.00 | 0.00 | | 0.00 | FA |

Exhibit 8

Page: 3

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 14-83219  
**Case Name:** MCCOY, STEPHEN A.  
MCCOY, KELLY A.  
**Period Ending:** 02/16/17

**Trustee:** (330490)  MEGAN G. HEEG  
**Filed (f) or Converted (c):** 10/23/14 (f)  
**§341(a) Meeting Date:** 11/25/14  
**Claims Bar Date:** 04/21/15

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Imported from original petition Doc# 1 | | | | | |
| 21  Laptop/printer (7 years old-doesn't work)  Orig. Description: Laptop/printer (7 years old-doesn't work); Imported from original petition Doc# 1 | 50.00 | 0.00 | | 0.00 | FA |
| 22  Miscellaneous hand tools  Orig. Description: Miscellaneous hand tools; Imported from original petition Doc# 1 | 100.00 | 0.00 | | 0.00 | FA |
| 22  Assets  Totals (Excluding unknown values) | **$229,884.55** | **$39,110.59** | | **$20,586.59** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**    March 30, 2016    **Current Projected Date Of Final Report (TFR):**    November 10, 2016  (Actual)

Printed: 02/16/2017 01:41 PM    V.13.28

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 14-83219
**Case Name:** MCCOY, STEPHEN A.
MCCOY, KELLY A.
**Taxpayer ID #:** **-***2501
**Period Ending:** 02/16/17

**Trustee:** MEGAN G. HEEG (330490)
**Bank Name:** Rabobank, N.A.
**Account:** ******0966 - Checking Account
**Blanket Bond:** $1,500,000.00  (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 01/23/15 | {16} | New York Life Cleveland Customer Service Office | Cash surrender value of New York Life Insurance policy | 1129-000 | 20,586.59 | | 20,586.59 |
| 01/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 20,576.59 |
| 02/20/15 | 101 | Stephen A. McCoy | exemption portion in New York Life insurance policy | 8100-002 | | 2,176.00 | 18,400.59 |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 27.41 | 18,373.18 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 28.18 | 18,345.00 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 26.38 | 18,318.62 |
| 05/29/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 25.46 | 18,293.16 |
| 06/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 28.06 | 18,265.10 |
| 07/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 27.14 | 18,237.96 |
| 08/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 25.35 | 18,212.61 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 27.94 | 18,184.67 |
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 26.15 | 18,158.52 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 25.24 | 18,133.28 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 28.69 | 18,104.59 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 25.10 | 18,079.49 |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 25.06 | 18,054.43 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 28.48 | 18,025.95 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 24.99 | 18,000.96 |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 24.96 | 17,976.00 |
| 06/10/16 | 102 | United States Treasury | Taxes for period ending Sept 30, 2015 | 2810-000 | | 828.00 | 17,148.00 |
| 06/10/16 | 103 | Illinois Department of Revenue | State income taxes for September 2015 tax return | 2820-000 | | 814.00 | 16,334.00 |
| 06/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 27.18 | 16,306.82 |
| 08/01/16 | 104 | State of Illinois | late payment penalty and interest | 2820-000 | | 90.41 | 16,216.41 |
| 09/26/16 | 105 | Department of Treasury | IRS late payment penalty and interest | 2820-000 | | 243.21 | 15,973.20 |
| 12/28/16 | 106 | Ehrmann Gehlbach Badger Lee & Considine, LLC | Dividend paid 100.00% on $2,175.00, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 2,175.00 | 13,798.20 |
| 12/28/16 | 107 | Ehrmann Gehlbach Badger Lee & Considine, LLC | Dividend paid 100.00% on $343.34, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 343.34 | 13,454.86 |
| 12/28/16 | 108 | Justin Van Zuiden, CPA | Dividend paid 100.00% on $660.00, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 660.00 | 12,794.86 |
| 12/28/16 | 109 | Discover Bank | Dividend paid  6.57% on $14,537.28; Claim# 2; Filed: $14,537.28; Reference: | 7100-000 | | 955.31 | 11,839.55 |

Subtotals :  $20,586.59   $8,747.04

{} Asset reference(s)

Printed: 02/16/2017 01:41 PM     V.13.28

## Form 2

Page: 2

### Cash Receipts And Disbursements Record

**Case Number:** 14-83219  
**Case Name:** MCCOY, STEPHEN A.  
MCCOY, KELLY A.  
**Taxpayer ID #:** **-***2501  
**Period Ending:** 02/16/17  

**Trustee:** MEGAN G. HEEG (330490)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******0966 - Checking Account  
**Blanket Bond:** $1,500,000.00  (per case limit)  
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 12/28/16 | 110 | Discover Bank | Dividend paid  6.57% on $6,152.22; Claim# 3; Filed: $6,152.22; Reference: | 7100-000 | | 404.29 | 11,435.26 |
| 12/28/16 | 111 | Bank of America, N.A. | Dividend paid  6.57% on $23,110.43; Claim# 5; Filed: $23,110.43; Reference: | 7100-000 | | 1,518.68 | 9,916.58 |
| 12/28/16 | 112 | Capital One, N.A. | Dividend paid  6.57% on $404.76; Claim# 8; Filed: $404.76; Reference: | 7100-000 | | 26.60 | 9,889.98 |
| 12/28/16 | 113 | American InfoSource LP as agent for | Dividend paid  6.57% on $1,139.50; Claim# 15; Filed: $1,139.50; Reference: | 7100-000 | | 74.88 | 9,815.10 |
| 12/28/16 | 114 | PNC BANK, N.A. | Dividend paid  6.57% on $19,760.56; Claim# 17; Filed: $19,760.56; Reference: ENDING WITH 5422 | 7100-000 | | 1,298.55 | 8,516.55 |
| 12/28/16 | 115 | Bank of America, N.A. | Dividend paid  6.57% on $32,293.54; Claim# 18; Filed: $32,293.54; Reference: | 7100-000 | | 2,122.14 | 6,394.41 |
| 12/28/16 | 116 | American Express Bank, FSB | Dividend paid  6.57% on $3,013.70; Claim# 19; Filed: $3,013.70; Reference: | 7100-000 | | 198.04 | 6,196.37 |
| 12/28/16 | 117 | PYOD, LLC its successors and assigns as assignee | Dividend paid  6.57% on $28,847.14; Claim# 21; Filed: $28,847.14; Reference: | 7100-000 | | 1,895.66 | 4,300.71 |
| 12/28/16 | 118 | Synchrony Bank | Dividend paid  6.57% on $5,633.60; Claim# 23; Filed: $5,633.60; Reference: | 7100-000 | | 370.21 | 3,930.50 |
| 12/28/16 | 119 | American Express Centurion Bank | Dividend paid  6.57% on $19,904.49; Claim# 27; Filed: $19,904.49; Reference: | 7100-000 | | 1,308.01 | 2,622.49 |
| 12/28/16 | 120 | MEGAN G. HEEG | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST | | | 2,622.49 | 0.00 |
| | | | Dividend paid 100.00%   2,591.06 on $2,591.06;  Claim# ; Filed: $2,591.06 | 2100-000 | | | 0.00 |
| | | | Dividend paid 100.00%   31.43 on $31.43;  Claim# ; Filed: $31.43 | 2200-000 | | | 0.00 |

|  |  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|
| | | | ACCOUNT TOTALS | | 20,586.59 | 20,586.59 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | **20,586.59** | **20,586.59** | |
| | | | Less: Payments to Debtors | | | 2,176.00 | |
| | | | **NET Receipts / Disbursements** | | **$20,586.59** | **$18,410.59** | |

{} Asset reference(s)

Printed: 02/16/2017 01:41 PM     V.13.28

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| **Case Number:** | 14-83219 | | **Trustee:** | MEGAN G. HEEG (330490) |
| --- | --- | --- | --- | --- |
| **Case Name:** | MCCOY, STEPHEN A. | | **Bank Name:** | Rabobank, N.A. |
| | MCCOY, KELLY A. | | **Account:** | ******0966 - Checking Account |
| **Taxpayer ID #:** | **-***2501 | | **Blanket Bond:** | $1,500,000.00   (per case limit) |
| **Period Ending:** | 02/16/17 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
| --- | --- | --- | --- | --- | --- | --- | --- |

|  | TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
| --- | --- | --- | --- | --- |
|  | Checking # ******0966 | 20,586.59 | 18,410.59 | 0.00 |
|  |  | $20,586.59 | $18,410.59 | $0.00 |

{} Asset reference(s)

Printed: 02/16/2017 01:41 PM    V.13.28